UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 12-2833-MJ-O'SULLIVAN

UNITED STATES OF AMERICA,
    Plaintiff,

v.

WILLIAM A. WHITE,
    Defendant.
_____/

# **ORDER**

THIS MATTER is before the Court on the letter to the Clerk of the Court submitted by the defendant, William A. White, concerning the Court's Order (DE# 17, 1/11/13) granting in part and denying in part the Rule 41 Motion for Return of Seized Property (DE# 9, 11/13/12). See Notice (DE# 19, 2/6/13). It is unclear whether the defendant's correspondence is intended as a motion for reconsideration. To the extent the defendant is seeking reconsideration of the Court's Order (DE# 17, 1/11/13) granting in part and denying in part the Rule 41 Motion for Return of Seized Property (DE# 9, 11/13/12), it is

ORDERED AND ADJUDGED that the Motion for Reconsideration is **DENIED**. Generally, there are three grounds justifying reconsideration of an order: (1) an intervening change in controlling law; (2) availability of new evidence and (3) the need to correct clear error or manifest injustice. Wendy's International, Inc. v. Nu-Cape Construction, Inc., 169 F.R.D. 680, 684 (M.D. Fla. 1996). Moreover, a motion for reconsideration should not merely "reiterate arguments previously made." Z.K. Marine, Inc. v. M/V Archigetis et al., 808 F. Supp. 1561, 1563 (S.D. Fla. 1992). The

correspondence filed in the instant case fails to raise any appropriate grounds for reconsideration.

DONE AND ORDERED, in Chambers, at Miami, Florida this **11th** day of February, 2013.

/s/ John J. O'Sullivan
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All counsel of record

Copies mailed by Chambers to:

William A. White
Prisoner ID: 13888-084
Federal Correctional Institution
P.O. Box 1000
Milan, MI 48160

William A. White
Prisoner ID: 13888-084
Metropolitan Correctional Institution
71 W. Van Buren St.
Chicago, IL 60605